# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jasmine Jenkins | ) | |
| | ) | Case No: 21 C 1346 |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| Cenveo Worldwide Limited | ) | |

## ORDER

Arun G. Ravindran's motion for leave to appear pro hac vice on behalf of Plaintiff [21] is granted.

Date: November 30, 2021                     /s/ Martha M. Pacold